UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-125 |
| | ) | (PHILLIPS/GUYTON) |
| JEREMY JUNIOR OGLE, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This case is before the Court on the defendant's Motion to Withdraw Motions [Doc. 36], filed on September 8, 2008. The defendant asks to withdraw the following pending motions because the parties are currently engaged in active plea negotiations:

(1) Motion for Notice by the Government Pursuant to Rule 12(b)(4)(B) of Its Intention to Use Evidence Arguably Subject to Suppression [Doc. 25];

(2) Motion for on the Record Findings Pursuant to Rules 403 and 404 [Doc. 26];

(3) Motion for Pretrial Notice of Government's Intention to Use 404(b)-Type Evidence [Doc. 27];

(4) Defendant's Motion for Pretrial Notice of FRE Rule 608 Evidence of Character or Conduct the Government Intends to Offer or FRE Impeachment Evidence [Doc. 28];

(5) Motion for Pretrial Hearing to Determine the Admissibility of Evidence the Government Intends to Introduce Under Fed. R. Evid. 702, 703, and/or 705 [Doc. 29];

(6) Motion for Notice of Government's Intention to Use Residual Hearsay Exceptions Pursuant to Rule 807 [Doc. 30];

(7) Motion for Government's Agents, Officers and Attorneys to Retain Rough Notes [Doc. 31];

(8) Motion for Pretrial Hearing to Determine Admissibility of Co-conspirator Hearsay Statements [Doc. 34]; and

(9) Motion for Leave to File Additional Motions [Doc. 35].

The defendant's request to withdraw these motions [**Doc. 36**] is **GRANTED**. Accordingly, the above listed motions [**Docs. 25, 26, 27, 28, 29, 30, 31, 34, and 35**] are **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

      s/ H. Bruce Guyton
United States Magistrate Judge

2

Case 3:08-cr-00125-TWP-HBG   Document 37   Filed 09/09/08   Page 2 of 2   PageID #: 67